# Strazzullo Law Firm, P.C.
## ATTORNEYS AT LAW
www.strazzullolaw.com

Sal E. Strazzullo[+]

---

Maria Lamboglia
*Director of Office Affairs*

Maria Patelis

---

Raffaele Chianese[++]
Gail M. Blasie[++]
Paul A. Leff[++]
Ikiesha T. Al-Shabazz[++]

---

Admitted to the Supreme
Court of the United States
of America[+]

of Council[++]

---

100 Park Avenue
Suite 1600
New York, NY 10017

---

Maran, Napoli
Italia
Via Lazio, 22

7101   18th Avenue
Brooklyn, NY 11204
Tel: 718.259.4600
Fax: 718.259.4494

*Please correspond
to the above.*

May 21, 2014

5/22/2014

**MEMO ENDORSED**

By ECF
Honorable Denise L. Cote
District Court Judge
Southern District of New York
100 Pearl Street
New York, New York 10003

Re:  *United States v. Gelman, et. al.*, S1 09 Cr. 666 (DLC)

Dear Judge Cote:

    As the attorney for Gary Gelman in the above-referenced case, I write to respectfully request that on Sunday June 25, 2014 between the hours of 11am to 6pm he can visit his late grandfather's burial site at Moisey Markov United Hebrew Cemetery Inc. at 122 Arthur Kill Road in Staten Island, New York 10306, and on June 18, 2014 at 6pm to 11pm he can attend the graduation of his son which will be held at Brooklyn College. I have spoken to both Officer Dennis Khilkevich and Assitant United States Attorney Brian Blais and they have no objection to the above.

    I thank you for you in advance for your consideration in this matter.

Granted.
/s/ Denise Cote
May 22, 2014

Respectfully submitted,

STRAZZULLO LAW FIRM

Salvatore Strazzullo
*Attorney for Gary Gelman*